157 A.3d 80

COMMONWEALTH of Pennsylvania, Petitioner

v.

David Allen HARRELL, Respondent

No. 291 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

666

## ORDER

PER CURIAM

AND NOW, this 27th day of September, 2016, the Petition for Allowance of Appeal is DENIED.